1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>ONE 2002 GMC ENVOY SUV,<br>CA LICENSE NO. 4WEZ653,<br>VIN 1GKDS13S722365317,<br>ITS TOOLS AND APPURTENANCES,<br><br>            Defendant. | Case No. 07cv1172-W(JMA)<br><br>ORDER FOR JUDGMENT OF<br>FORFEITURE |

Having reviewed the Joint Motion For Forfeiture of Defendant Vehicle and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

The Joint Motion is approved;

1.   Claimant Javier Allende-Murillo hereby waives all right, title, and interest he has regarding the defendant vehicle.  His claim to the defendant vehicle is hereby dismissed.

2.   Claimant Hermilla Mendez-Murillo shall pay to the United States $5,500.00 in U.S. dollars to settle the case.  The $5,500.00 is hereby condemned and forfeited to the United States.

3.   Any and all costs incurred by the United States as a result of the seizure, storage and maintenance of the defendant vehicle shall be borne by the United States.

4.   Payment of the $5,500.00 shall be in the form of a cashier's check made payable to the U.S. Department of Justice.  Upon receipt of the $5,500.00, the defendant vehicle shall be returned to claimant Hermilla Mendez-Murillo.

5.   The person or persons who made the seizure and the prosecutor shall not be liable to suit or judgment on account of such seizure and prosecution in accordance with Title 28, United States Code, Section 2465.

6.   The terms of this settlement do not affect the tax obligations, fines, penalties, or any other monetary obligations either claimant may owe to the United States.

7.   Both claimants agree that by entering into this stipulation, neither has "substantially prevailed" within the meaning of 28 U.S.C. § 2465.  The parties to this settlement agree that each will bear their own attorney's fees and costs.

8.   The claimants, their respective agents, employees, or assigns, shall hold and save harmless the United States of America, its agents and employees, from any and all claims which might result from the seizure of the defendant vehicle.

9.   This case is hereby ordered closed.  Let judgment be entered accordingly.


DATED:  October 9, 2007

_____
Hon. Thomas J. Whelan
United States District Judge

07cv1172